THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ROBERT WASHINGTON, Appellant.

(Submitted May 22, 1933; decided June 6, 1933.)

*Thomas C. T. Crain,* District Attorney (*Le Roy Mandle* of counsel), for motion.
*Le Roy Campbell* opposed.

Motion granted and appeal dismissed.